Geoffrey M. Davis (Bar No. 214692)
geoffrey.davis@klgates.com
K&L GATES LLP
10100 Santa Monica Blvd., 7th Floor
Los Angeles, CA 90067
Telephone:  (310) 552-5000
Facsimile:  (310) 552-5001

Jerry S. McDevitt (pro hac vice pending)
jerry.mcdevitt@klgates.com
Curtis B. Krasik (pro hac vice pending)
curtis.krasik@klgates.com
K&L GATES LLP
210 Sixth Avenue
Pittsburgh, PA 15222-2613
Telephone:  (412) 355-8608
Facsimile:  (412) 355-8696

*Attorneys for Defendant World Wrestling Entertainment, Inc.*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUSS McCULLOUGH, A/K/A "Big Russ McCullough," RYAN SAKODA, and MATTHEW R. WIESE, A/K/A "Luther Reigns," individually and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br> vs.<br><br>WORLD WRESTLING ENTERTAINMENT, INC.,<br><br>    Defendant. | Case No. 2:15-cv-02662-AB-JEM<br><br>**WORLD WRESTLING ENTERTAINMENT, INC.'S NOTICE OF MOTION AND MOTION TO TRANSFER VENUE DUE TO MANDATORY FORUM SELECTION CLAUSES IN THE CONTRACTS BETWEEN THE PARTIES**<br><br>**Judge:** Hon. André Birotte, Jr.<br>**Date:** July 13, 2015<br>**Time:** 10:00 a.m.<br>**Place:** Courtroom 4 |

**TO PLAINTIFFS AND THEIR ATTORNEYS OF RECORD HEREIN:**

**PLEASE TAKE NOTICE THAT** on July 13, 2015, at 10:00 a.m., or as soon thereafter as the matter may be heard, in Courtroom 4 of the above-captioned court located at 312 North Spring Street, Los Angeles, California 90012, Defendant World Wrestling Entertainment, Inc. ("WWE") will and hereby does move this Court for an order transferring this case to the U.S. District Court for the District of Connecticut due to mandatory forum-selection clauses in the contracts between the parties.

WWE's motion to transfer venue pursuant to 28 U.S.C. § 1404(a) should be granted because Plaintiffs are subject to mandatory forum-selection clauses in each of their contracts with WWE that require this dispute to be litigated in the District of Connecticut. Under the U.S. Supreme Court's decision in *Atlantic Marine Constr. Co., Inc. v. United States Dist. Ct. for W. Dist. of Tex.*, 134 S. Ct. 568, 582-83 (2013), those forum-selection clauses should be given controlling effect.

This Motion is based upon this Notice of Motion; WWE's Memorandum of Points and Authorities; the accompanying Declarations of James W. Langham and Geoffrey M. Davis, and the pleadings, records and files herein; all matters of which judicial notice may be taken; and upon such additional evidence or argument as the Court may receive at or before the hearing on this Motion. This Motion is made following a conference between WWE's counsel and Plaintiffs' counsel pursuant to L.R. 7-3 on May 7, 2015.

K&L Gates LLP

Dated: May 14, 2015    By:  /s/ Geoffrey M. Davis_____
                            Geoffrey M. Davis (Bar No. 214692)
                            geoffrey.davis@klgates.com
                            K&L GATES LLP
                            10100 Santa Monica Blvd., 7th Floor
                            Los Angeles, CA 90067
                            Telephone: (310) 552-5000
                            Facsimile: (310) 552-5001

1

**NOTICE OF MOTION TO TRANSFER VENUE DUE TO MANDATORY FORUM-SELECTION CLAUSES IN THE CONTRACTS BETWEEN THE PARTIES BY WORLD WRESTLING ENTERTAINMENT, INC.**

| | |
|---|---|
| 1 | Jerry S. McDevitt |
| 2 | (pro hac vice pending) |
| | jerry.mcdevitt@klgates.com |
| 3 | Curtis B. Krasik |
| 4 | (pro hac vice pending) |
| | curtis.krasik@klgates.com |
| 5 | K&L GATES LLP |
| 6 | 210 Sixth Avenue |
| | Pittsburgh, PA 15222-2613 |
| 7 | Telephone:  (412) 355-6500 |
| 8 | Facsimile:  (412) 355-6501 |

*Attorneys for Defendant World Wrestling Entertainment, Inc.*

2

**NOTICE OF MOTION TO TRANSFER VENUE DUE TO MANDATORY FORUM-SELECTION CLAUSES IN THE CONTRACTS BETWEEN THE PARTIES BY WORLD WRESTLING ENTERTAINMENT, INC.**

## PROOF OF SERVICE

The undersigned hereby declares that the foregoing document was filed through the Electronic Court Filing system on May 14, 2015, and a copy thereof will be sent electronically to the registered recipients and counsel of record as identified in the Notice of Electronic Filing.

/s/Geoffrey M. Davis
Geoffrey M. Davis

3

**NOTICE OF MOTION TO TRANSFER VENUE DUE TO MANDATORY FORUM-SELECTION CLAUSES IN THE CONTRACTS BETWEEN THE PARTIES BY WORLD WRESTLING ENTERTAINMENT, INC.**